STATE OF NEW JERSEY v. ROBERT HENRY SMITH.

May 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. VICTOR MACHADO.

May 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS N. MANSOUR.

May 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT E. VALENTINE.

May 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. RALPH A. HUERTAS.

May 19, 1971. Petition for certification denied.

RAYMOND J. CURCIO, ET AL. v. LEONARD SENDELSKY.

May 19, 1971. Petition for certification denied.